1  MELANIE D. MORGAN, ESQ.
2  Nevada Bar No. 8215
   JAMIE K. COMBS, ESQ.
3  Nevada Bar No. 13088
   AKERMAN LLP
4  1160 Town Center Drive, Suite 330
   Las Vegas, NV 89144
5  Telephone: (702) 634-5000
   Facsimile: (702) 380-8572
6  Email: melanie.morgan@akerman.com
          jamie.combs@akerman.com
7
8  *Attorneys for Deutsche Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP. COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-7,<br><br>Plaintiff,<br>vs.<br>COPPER SANDS HOMEOWNERS ASSOCIATION, INC.; LEE FAMILY PROPERTIES, LLC A/K/A LEE FAMILY PROPERTIES, LLC SERIES XVI; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00763-JAD-CWH<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff Deutsche Bank National Trust Company as Indenture Trustee Under the Indenture relating to IMH Assets Corp. Collateralized Asset-Backed Bonds, Series 2005-7, by and through its attorneys of record, the law firm Akerman LLP, hereby give notice that Miles N. Clark, Esq. is no longer an associated attorney.

/ / /

/ / /

/ / /

/ / /

{41780761;1}

Akerman, LLP continues to serve as counsel for Plaintiff Deutsche Bank National Trust Company as Indenture Trustee Under the Indenture relating to IMH Assets Corp. Collateralized Asset-Backed Bonds, Series 2005-7, in this action. All future correspondence and papers in this action should continue to be directed to Melanie D. Morgan, Esq. and Jamie K. Combs, Esq., of Akerman, LLP.

Respectfully submitted, this 16th day of May, 2017.

**AKERMAN LLP**

/s/ Jamie K. Combs
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff Deutsche Bank*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: May 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 16th day of May, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

{41780761;1}3